UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
TINA L MILLER

CASE NO. 05 B 07665

CHAPTER 13

JUDGE: JOHN H SQUIRES

Debtor  
SSN XXX-XX-3193

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/04/05 and confirmed on 07/15/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 21168.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 7611.50 | .00 | 7611.50 |
| ALLEN D BLOOM MD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8152.34 | .00 | 1954.47 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9253.05 | .00 | 2218.35 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8400.72 | .00 | 2014.01 |
| DISCOVER BANK | UNSECURED | 1668.15 | .00 | 399.93 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9793.51 | .00 | 2347.93 |
| GUARDIAN ANESTHESIA ASSO | UNSECURED | NOT FILED | .00 | .00 |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4093.32 | .00 | 981.35 |
| VALLEY IMAGING CONSULTAN | UNSECURED | NOT FILED | .00 | .00 |
| SPRING LAKES TOWNHOME AS | SECURED | 573.25 | .00 | 573.25 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8184.75 | .00 | 41361.09 | .00 | 49545.84 |
| PRINCIPAL PAID | 8184.75 | .00 | 9916.04 | .00 | 18100.79 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 8184.75 | .00 | 9916.04 | .00 | 18100.79 |

The Debtor's attorney, LAW OFFICE OF JOHN J LYNCH PC , was allowed $ 2200.00 and was paid $ 2200.00 .

The Trustee received $ 867.21 .

Refunds to the Debtor totaled $ .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 08/19/08                        /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                             PAGE   2
     CASE NO. 05 B 07665 TINA L MILLER
```